# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CYNTHIA PETE,

        Plaintiff(s),

v.

CAROLYN W. COLVIN,

        Defendant(s).

2:13-CV-1726 JCM (VCF)

## ORDER

Presently before the court is defendant Carolyn Colvin's motion requesting an extension of time (doc. # 17) to respond to plaintiff Cynthia Pete's motion for reversal and/or remand (doc. # 15).

Defendant asserts that a thirty-three day extension is necessary, as she requires additional time to consider the complex issues involved in this case. This is defendant's first request for an extension.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to extend time (doc. # 17) be, and at the same time hereby is, GRANTED.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED that defendant shall have up to, and including, Monday, April
2   21, 2014, in which to file her response to plaintiff's motion.
3   DATED March 19, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -